THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID T. GILCHRIST, et. al., <br> Plaintiffs, <br> v. <br> BAYVIEW LOAN SERVICING, LLC, et. al., <br> Defendants. | No.: 3:16-cv-05788 <br><br> DECLARATION OF SIERRA HERBERT-WEST |

I, Sierra Herbert-West, declare as follows:

1. I am a Trustee Sales Officer and a corporate Vice President for Quality Loan Service Corporation of Washington ("Quality"). I am over the age of 18 and am competent to make this declaration.

2. In my capacity as a Trustee Sales Officer and a corporate officer for Quality, I have custody and control of the files and records of the non-judicial foreclosure sales performed by Quality. These records are made in the ordinary course of business by people who have a business duty to make such records, and/or are received by Quality in the ordinary course of its business, which includes acting as a trustee in non-judicial foreclosures. Quality's records are made at or near the time of the occurrence of the event or events that they record.

3. I have reviewed Quality's file pertaining to the non-judicial foreclosure that is the subject of this lawsuit. I am familiar with the documents and other information contained in this file.

4. The investor of the subject mortgage loan is Federal Home Loan Mortgage Corp. ("Freddie Mac"). When Quality opened its file, the loan servicer was Bank of America, N.A. In July of 2015 Quality was notified that loan servicing had transferred to Bayview Loan Servicing,

Declaration
Page-1-
MH #WA-16-748494-CV

McCarthy & Holthus LLP
108 1st Ave S, Ste 300
Seattle, WA 98104

1  LLC.

2  5.      Attached hereto as **Exhibit A** is a true and correct copy of the beneficiary declaration

3  which Quality had in its possession before issuing the Notice of Sale.

4  6.      I declare under the penalty of perjury under the Laws of the State of Washington that the

5  foregoing is true and correct.

6  DATED September 27, 2016

7

8  QUALITY LOAN SERVICE CORPORATION OF WASHINGTON

9  *[signature]*
   By: Sierra Herbert-West

10  Its: Trustee Sales Officer

Declaration
Page-2-
MH #WA-16-748494-CV

McCarthy & Holthus LLP
108 1st Ave S, Ste 300
Seattle, WA 98104