THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID T. GILCHRIST, et. al., <br>                                   Plaintiffs, <br> v. <br> BAYVIEW LOAN SERVICING, LLC, et. al., <br>                                   Defendants. | No.: 3:16-cv-05788 <br><br> RESPONSE TO MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE |

COMES NOW defendant Quality Loan Service Corp. of Washington ("Quality") and responds to Plaintiffs' Motion For Temporary Restraining Order and Order to Show Cause [Dkt #6]. For reasons set forth in Quality's pending motion for summary judgment [Dkt #7] the trustee sale has been advanced in accordance with the law in all respects. Plaintiffs' have no grounds to enjoin the sale and their motion should be denied.

Dated: September 28, 2016

MCCARTHY & HOLTHUS, LLP

/s/ Joseph Ward McIntosh
Joseph Ward McIntosh, WSBA #39470
Attorney for Quality Loan Service Corp. of Washington

Response
Page -1-
MH #WA-16-748494-CV

McCarthy & Holthus LLP
108 1st Ave S, Ste 300
Seattle, WA 98104