# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID T. GILCHRIST, LEANNE L. GILCHRIST,<br><br>Plaintiffs,<br><br>v.<br><br>BAYVIEW LOAN SERVICING, LLC, QUALITY LOAN SERVICE CORP. OF WASHINGTON,<br><br>Defendants. | Case No.   16-cv-05788-BHS<br><br>**NOTICE OF OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**<br><br>**NOTE ON CALENDAR: October 6, 2016**<br><br>Complaint Filed:   September 15, 2016<br>First Amended Complaint Filed: September 28, 2016 |

COMES NOW, Klinedinst PC, appearing on behalf of defendant Bayview Loan Servicing, LLC for the purpose of opposing Plaintiff's Motion for Temporary Restraining Order and Order to Show Cause filed on September 28, 2016. Defendant Bayview Loan Servicing,

///
///
///
///
///
///

1

NOTICE OF OPP TO MTN FOR TRO AND OSC
Case No.: 16-cv-05788-BHS

Klinedinst PC
801 Second Ave., Ste. 1110
Seattle, WA 98104

LLC hereby notifies the Court and parties that it intends to file opposition to Plaintiff's Temporary Restraining Order on or before the applicable deadline.

KLINEDINST PC

DATED: September 28, 2016     By:   /s/ Gregor A. Hensrude
　　　　　　　　　　　　　　　　　　Gregor A. Hensrude, WSBA #45918
　　　　　　　　　　　　　　　　　　ghensrude@klinedinstlaw.com
　　　　　　　　　　　　　　　　　　Anthony C. Soldato, WSBA #46206
　　　　　　　　　　　　　　　　　　asoldato@klinedinstlaw.com
　　　　　　　　　　　　　　　　　　Klinedinst PC
　　　　　　　　　　　　　　　　　　801 Second Ave., Ste. 1110
　　　　　　　　　　　　　　　　　　Seattle, WA 98104
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　Bayview Loan Servicing

16781124v1

2
NOTICE OF OPP TO MTN FOR TRO AND OSC
Case No.: C16-5788BHS
Klinedinst PC
801 Second Ave., Ste. 1110
Seattle, WA 98104
(206) 682-7701