Hon. Robert J. Bryan

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID T. GILCHRIST, LEANNE L. GILCHRIST, <br><br> Plaintiffs, <br><br> v. <br><br> BAYVIEW LOAN SERVICING, QUALITY LOAN SERVICE CORP. OF WASHINGTON, , <br><br> Defendants. | Case No.   16-cv-05788-RJB <br><br> **NOTICE OF APPEARANCE OF COUNSEL** <br><br> Complaint Filed:   September 15, 2016 <br> First Amended Complaint Filed: <br> September 28, 2016 |

///

///

///

///

///

///

///

///

///

1

Appearance of Counsel
Case No.: 16-cv-05788-RJB

Klinedinst PC
801 Second Ave., Ste. 1110
Seattle, WA 98104

1  TO:  THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

2      I am admitted or otherwise authorized to practice in this court, and I appear in this case as co-counsel for Defendant Bayview Loan Serving along with Gregor A. Hensrude of Klinedinst, PC.

KLINEDINST PC

DATED: September 29, 2016    By:  /s/ Anthony C. Soldato
    Gregor A. Hensrude, WSBA #45918
    ghensrude@klinedinstlaw.com
    Anthony C. Soldato, WSBA #46206
    asoldato@klinedinstlaw.com
    Klinedinst PC
    801 Second Ave., Ste. 1110
    Seattle, WA 98104
    Phone:  206.682.7701
    Attorneys for Defendant
    BAYVIEW LOAN SERVICING, LLC

16782125v1

KLINEDINST PC
801 SECOND AVENUE, SUITE 1110
SEATTLE, WASHINGTON 98104

2

Appearance of Counsel            Klinedinst PC
Case No.: 16-cv-05788-RJB            801 Second Ave., Ste. 1110
                                              Seattle, WA 98104